

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Case: 1:22-cv-12024
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 08-26-2022
CMP ADZIMA VS ST. MARY'S RIVER
REAL ESTATE ET AL (DP)

Alicia Adzima
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

St. Marys River Real Estate
Andrew Alshab
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Alicia Adzima
   Street Address: 213 Brady St. Apt #1
   City and County: Sault Sainte Marie, Chippewa
   State and Zip Code: 49783 49783
   Telephone Number: 734.805.8522
   E-mail Address: aliadzima@icloud.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name
Job or Title (if known): Doctor for Pain Management
Street Address: 540 Ashmun Street
City and County: Sault Sainte Marie
State and Zip Code: Sault Sainte Marie, MI 49783
Telephone Number: 906.632.8440
E-mail Address (if known): dobaislaw@sbcglobal.net

Defendant No. 2

Name: Andrew Alshab
Job or Title (if known): Dr. Andrew Alshab
Street Address: 16523 S. Water Tower Dr.
City and County: Kincheloe, MI
State and Zip Code: Michigan, 49788
Telephone Number: 906.632.5849
E-mail Address (if known): 906.203.7877

Defendant No. 3

Name: Andrew Alshub
Job or Title (if known): Doctor, Landlord - Property Owner
Street Address: 500 Osborn Blvd.
City and County: Sault Sainte Marie
State and Zip Code: MI 49783
Telephone Number: 906.233.7877
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C §§ 3601 et seq. F.H.A of 1988
42 U.S.C. §§ 1997 et seq. Civil Rights
47 U.S.C. §§ 12101 et seq. A.D.A Act of 1990

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Alicia Marie Adzima is a citizen of the State of *(name)* Michigan.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Andrew Alshab, is a citizen of the State of *(name)* Michigan. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, (name) __Andrew Aslnlo__, is incorporated under the laws of the State of (name) __Michigan__, and has its principal place of business in the State of (name) __Michigan__.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) __Michigan__.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Personal injury, ADA laws, Fair Housing Act of 1988. Civil Rights of I.P. Act; title II of 504. Grevious Harm. Housing accomudations. Slander, Liebl. and assault. Other personal injury.

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Andrew Ashalb has been discriminatory towards my disabilities, childrens autism, has been allowing us to reside in a house not up to local law code. Mr. Alshab has harassed me. Slandered my reputation, and has not done anything to help my kids, and I.

**IV. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pain, suffering, liebel, personal injury, housing discrimination, violation of my civil rights. Housing has been not up to code, all my landlord has done is, has been discriminatory, and caused so much pain, suffering.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/26/2022

Signature of Plaintiff: *Alicia Marie Adkins*

Printed Name of Plaintiff: Alicia Marie Adkins

### B.  For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____