UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALICIA ADZIMA,   Case No. 2:22-cv-00177

    Plaintiff,   Hon.  Paul L. Maloney
                U.S. District Judge
v.

ST. MARY'S RIVER
REAL ESTATE, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

On October 26, 2022, the Plaintiff was given 21 days to submit an Amended Complaint that complied with Fed.R.Civ.P. 8.  (ECF No. 11.)  Plaintiff was advised that failure to comply with the order would result in a recommendation to dismiss the complaint for failure to prosecute and failure to comply with Fed.R.Civ.P. 8.  A review of the docket sheet indicates an Amended Complaint has not been filed. Accordingly,

Plaintiff's complaint is **DISMISSED** without prejudice.


Dated:  December 7, 2022           /s/  Paul L. Maloney
                                            PAUL L. MALONEY
                                            UNITED STATES DISTRICT JUDGE